## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

COMMONWEALTH OF PENSYLVANIA,    : No. 26 MAL 2015
:
       Respondent    : Petition for Allowance of Appeal from the
                         : Unpublished Order of the Superior Court
:
           v.            :
:
:
:
HARVEY ELWOOD DEMMITT, JR.,    :
:
       Cross Petitioner    :

## ORDER

**PER CURIAM**                          **DECIDED:  July 28, 2015**

**AND NOW,** this 28th day of July, 2015, the Petition for Allowance of Appeal is **GRANTED**, and the Superior Court's Order is **VACATED**.  In ordering a new trial, the Superior Court failed to address Petitioner's first two issues on appeal to that court — a challenge to the sufficiency of the evidence, and a constitutional challenge to the implicated statute — which, if meritorious, may warrant Petitioner's discharge.   Accordingly, the matter is **REMANDED** to the Superior Court to address the above two issues before addressing, if necessary, the remaining issues raised before it.